IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01000-MSK

ROYAL CREST DAIR, INC., a Colorado corporation,

        Plaintiff,

v.

CITY OF FORT COLLINS, COLORADO, a municipal corporation,

        Defendant.

---

**ORDER SETTING LAW AND MOTION HEARING
WITH REGARD TO MOTION FOR PRELIMINARY INJUNCTION**

---

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion for Preliminary Injunction **(#3)**.

The Court will conduct a **non-evidentiary** hearing on **July 7, 2010,** at **9:00 a.m.** to address the above-referenced motion. At this hearing, the parties should be prepared to address the following issues: (i) whether an evidentiary hearing is necessary on the Motion for Preliminary Injunction; (ii) if so, how much time is necessary to conduct the hearing; (iii) when the hearing should be held; (iv) what discovery is contemplated, and when the parties anticipate conducting such discovery; (v) whether, pursuant to Fed. R. Civ. P. 65(a)(2), trial on the merits of the claim in the Complaint should be advanced and consolidated with the hearing on the Motion for Preliminary Injunction; and (vi) the basis of the Court's subject matter jurisdiction.

The docket does not indicate whether the Plaintiffs have yet served the Summons and Complaint on the Defendants. If such service has yet to occur, the Plaintiffs shall effectuate service on the Defendants no later than **May 25, 2010**, or show cause why such service cannot

promptly be effectuated.

If properly served with the Summons and Complaint, the Defendants shall file a response to the Motion for Preliminary Injunction on or before **June 1, 2010.**

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

DATED this 4th day of May, 2010.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge