IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01000-MSK-KLM

ROYAL CREST DAIRY, INC., a Colorado corporation,

    Plaintiff,

v.

CITY OF FORT COLLINS, COLORADO, a municipal corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate April 7, 2011 Scheduling Conference** [Docket No. 56; Filed February 25, 2011] (the "Motion"). Plaintiff represents that the parties have reached a tentative settlement.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for April 7, 2011 at 9:30 a.m. is **vacated**, and will be reset upon joint motion of the parties.

    Dated:  February 28, 2011